# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jerrod S. Priest

Debtor(s)

CHAPTER 7

BKY. NO. 25-20459 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Onslow Bay Financial, LLC. and index same on the master mailing list.

Respectfully submitted,

/s/ Brent J. Lemon
Brent Lemon
04 Mar 2025, 10:24:59, EST

Denise Carlon, Esq. (317226)  ☐
Brent Lemon, Esq. (86478)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com