Certificate Number: 17082-PAW-DE-039494180

Bankruptcy Case Number: 25-20459



17082-PAW-DE-039494180

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 28, 2025, at 11:56 o'clock AM MST, JERROD S PRIEST completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    March 28, 2025                By:    /s/Orsolya K Lazar

                                       Name:  Orsolya K Lazar

                                       Title: Executive Director