**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jerrod S. Priest<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2993<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 25–20459–JAD | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jerrod S. Priest

6/18/25                                                         **By the court:** <u>Jeffery A. Deller</u>
                                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 25-20459-JAD

Jerrod S. Priest     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 3
Date Rcvd: Jun 18, 2025     Form ID: 318     Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jerrod S. Priest, 386 Mitchell Hill Road, Butler, PA 16002-9182 |
| 16504561 | + | Butler Hospital, PO Box 3717, Baltimore, MD 21217-0717 |
| 16504562 | + | Butler Medical Providers, P O Box 1549 - Suite 301, Butler, PA 16003-1549 |
| 16504563 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 16504572 | + | EAR NOSE AND THROAT ASSOC. OF BUTLER, 104 TECHNOLOGY DR SUITE 102, Butler, PA 16001-1801 |
| 16504573 | + | HOMELIGHT INC., 1375 N Scottsdale Rd. #140, Scottsdale, AZ 85257-3413 |
| 16504579 | + | Keller Williams Realty, 11269 Perry Highway, Suite 300, Wexford, PA 15090-9388 |
| 16504583 | | LoanCare Llc, Attn: Bankruptcy, Po Box 8068, VA 23452 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | EDI: PENNDEPTREV | Jun 19 2025 04:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 19 2025 04:16:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16504566 | | EDI: CAPITALONE.COM | Jun 19 2025 04:16:00 | CAPITAL ONE, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 16504571 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 19 2025 00:37:00 | Citizens One, One Citizens Bank Way, Johnston, RI 02919 |
| 16504567 | + | EDI: CAPITALONE.COM | Jun 19 2025 04:16:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16504564 | + | EDI: CAPITALONE.COM | Jun 19 2025 04:16:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16504569 | | EDI: JPMORGANCHASE | Jun 19 2025 04:16:00 | Chase, PO BOX 6294, Carol Stream, IL 60197-6294 |
| 16504574 | | EDI: IRS.COM | Jun 19 2025 04:16:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16504575 | + | EDI: JPMORGANCHASE | Jun 19 2025 04:16:00 | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 16504577 | + | EDI: JPMORGANCHASE | Jun 19 2025 04:16:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 16504581 | ^ | MEBN | Jun 19 2025 00:23:48 | Kubota Credit Corp, USA, Attn: Bankruptcy, P.O. Box 2046, Grapevine, TX 76099-2046 |
| 16504580 | ^ | MEBN | | |

Case 25-20459-JAD    Doc 17    Filed 06/20/25    Entered 06/21/25 00:33:17    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 18, 2025 | Form ID: 318 | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 19 2025 00:23:49 | Kubota Credit Corp, USA, Po Box 2046, Grapevine, TX 76099-2046 |
| 16504582 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 19 2025 00:38:00 | LoanCare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16504584 | | EDI: PENNDEPTREV | Jun 19 2025 04:16:00 | PA Dept of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 16504585 | + | EDI: SYNC | Jun 19 2025 04:16:00 | PAYPAL CREDIT/SYNCB, PO BOX 71707, Philadelphia, PA 19176-1707 |
| 16504586 | + | EDI: SYNC | Jun 19 2025 04:16:00 | SYNCHRONY BANK, PO BOX 71715, Philadelphia, PA 19176-1715 |
| 16504589 | + | Email/Text: bankruptcynotices@sba.gov | Jun 19 2025 00:37:00 | US Small Business Administration, 409 3rd Street, SW, Washington, DC 20416-0005 |
| 16504587 | + | EDI: LCIUPSTART | Jun 19 2025 04:16:00 | Upstart Finance, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 16504588 | + | EDI: LCIUPSTART | Jun 19 2025 04:16:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 16504590 | | Email/Text: exceptionreview@vivint.com | Jun 19 2025 00:37:00 | Vivint Home Security, 62992 Collections Drive, Chicago, IL 60693-0629 |
| 16504592 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 19 2025 01:07:47 | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |
| 16504593 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 19 2025 01:08:29 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Onslow Bay Financial, LLC. |
| 16504568 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16504565 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16504570 | * | Chase, PO Box 6294, Carol Stream, IL 60197-6294 |
| 16504576 | *+ | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 16504578 | *+ | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 16504591 | *P++ | VIVINT INC, 4931 N 300 W, PROVO UT 84604-5816, address filed with court:, Vivint Home Security, 62992 Collections Drive, Chicago, IL 60693-0629 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2025         Signature:        /s/Gustava Winters

District/off: 0315-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 18, 2025 | Form ID: 318 | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Onslow Bay Financial LLC. blemon@bernsteinlaw.com, lemondropper75@hotmail.com |
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Denise Carlon | on behalf of Creditor Onslow Bay Financial LLC. dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Jerrod S. Priest julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5